# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

|  |  |
|---|---|
| **SUNSHINE SHOPPING CENTER, INC.,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**LG ELECTRONICS PANAMA, S.A.,** )<br>**Panama corporation; ENGINEERING** )<br>**SYSTEMS & SALES, INC. a Puerto Rico** )<br>**corporation d/b/a "ENSYSA,"** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 15-0041 |

**Attorneys:**
**Edward L. Barry, Esq.**
St. Croix, U.S.V.I.
 *For Plaintiff Sunshine Shopping Center, Inc.*

**Charlotte K. Perrell, Esq.**
**Michael C. Quinn, Esq.**
St Thomas, U.S.V.I.
 *For Defendant LG Electronics Panama, S.A.*

**James L. Hymes, III, Esq.**
St Thomas, U.S.V.I.
**Orlando Fernandez-Carmona, Esq.**
Guaynabo, PR
**Anna Washburn, Esq.**
St. Croix, U.S.V.I.
 *For Defendant Engineering Systems & Sales, Inc.*

## **ORDER**

  THIS MATTER comes before the Court on Magistrate Judge Emile A. Henderson III's Report and Recommendation ("R&R") (Dkt. No. 147). For the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

  **ORDERED** that Magistrate Judge Emile A. Henderson III's Report and Recommendation (Dkt. No. 147) is **ADOPTED AS MODIFIED**; and it is further

2

**ORDERED** that Defendant Engineering Systems & Sales, Inc.'s "Motion for [Partial] Summary Judgment" (Dkt. No. 125) is **DENIED**.

**SO ORDERED.**

Date: September 30, 2023  _____/s/_____
WILMA A. LEWIS
District Judge